# U.S. District Court
# Southern District of Mississippi

## PDF FILE WITH AUDIO FILE ATTACHMENT

3:23–cr–00062

USA v. McAlpin

RE: Doc # ; Arraignment , Initial Appearance , Arraignment , Initial Appearance , Arraignment , Initial Appearance , Arraignment , Initial Appearance , Arraignment , Initial Appearance , Arraignment , Initial Appearance , Arraignment , Initial Appearance

| | |
|---|---|
| Office : | 3  Northern (Jackson) |
| Case Type : | cr |
| Case Number : | 3:23–cr–00062 |
| Case Title : | USA v. McAlpin |
| Session Date/Time : | 08/03/2023 09:00 |
| Audio File Name : | 08–03–23_PART_1_MCALPIN._ET_AL_IA–INFORMATION.mp3 |
| Audio File Size : | 23.2 MB |
| Audio Run Time : | 00:48:24 |

**Help Using This File :**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.
**MPEG Layer–3 audio coding technology from Fraunhofer IIS and Thomson.**

**NOTE:** Neither Google Chrome nor Microsoft Edge browser PDF viewers provide access to the attachments (paper clip icon), which is the only way to listen to CM/ECF audio files. If you are using one of these two browsers, it may be advisable to change the default settings for viewing PDF files to "Download PDFs", which will open the document in Adobe Acrobat (or Adobe Reader.) In Chrome, go to Settings –> Privacy and security –> Site settings –> Additional content settings –> PDF documents and select Download PDFs. In Edge, go to Settings –> Cookies and site permissions –> PDF documents and select Always download PDF files. As of early 2023, the Firefox PDF viewer does allow access to the attachments icon via a Sidgebar toggle on the upper left side of the PDF viewer toolbar.

This digital recording is a copy of a court proceeding or trial exhibit, and is provided as a convenience to the public. In accordance with 28 U.S.C.Â§ 753 (b) "[n]o transcripts of the proceedings of the court shall be considered official exept those made from the records certified by

the reporter or other individual designated to produce the record."